IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                  No. 2:12-cv-03066-MCE-KJN-P

        v.

J. MURILLO, et al.,

        Defendants.           <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On March 14, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 9) which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The Findings and Recommendations (ECF No. 9) filed March 14, 2013, are ADOPTED IN FULL;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 8) is DENIED; and

3. Plaintiff shall pay the filing fee in full within twenty-eight (28) days from the date of this order or the Court will dismiss the case.

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT