1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE WILLIAMS,

11              Plaintiff,                No. 2: 12-cv-3066 MCE KJN P

12        vs.

13   J. MURILLO, et al.,

14              Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On May 2, 2013, the court ordered plaintiff to pay the filing fee

18   within twenty-eight days of the date of the order.  Twenty-eight days passed and plaintiff failed to

19   pay the filing fee or otherwise respond to the May 2, 2013 order.

20        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22        These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  June 12, 2013

4

5                                                     _Kendall J. Newman_____

6                                                     KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE
7  will3066.dis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26